Berger, Fischoff, Shumer, Wexler & Goodman, LLP
Proposed Attorneys for the Debtor &
Debtor-in-Possession
Gary C. Fischoff, Esq.
6901 Jericho Turnpike, Suite 230
Syosset, New York 11791
(516) 747-1136

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
In re:                                                                              Chapter 11

NYMD GREEN LAKE, LLC                                         Case No. 22-42032

                          Debtor                              **AFFIDAVIT PURSUANT**
                                                                                          **TO RULE 1007-4**
-------------------------------------------------------------------X

STATE OF NEW YORK )
COUNTY OF NASSAU) ss.;

        Lincoln Graham, being duly sworn, deposes and says:

        1.     I am the President of the debtor herein, and submit this affidavit pursuant to Rule 1007-4 of the Local Bankruptcy Rules.

        2.     The debtor is filing contemporaneously herewith, a voluntary petition for reorganization under Chapter 11 of the Bankruptcy Code.

        3.     There was a prior bankruptcy case filing by this Debtor on June 5, 2019 under Docket No.: 19-43460.

        4.     The Debtor is a New York Limited Liability Company. The Debtor is a non-public company and none of its shares are registered under Section 12 of the Securities Exchange Act of 1934.

        5.     The Debtor owns and operates a 146 acre retreat in Catskill, New York for the benefit of over forty New York Churches comprising the New York Pentecostal community. The filing was precipitated by a pending foreclosure proceeding. The Debtor intends to use the


Chapter 11 to consummate an offer to purchase the property.

6. There is no pre-petition creditor's committee.

7. Pursuant to Bankruptcy Rule 1007 and the local rules of this Court the debtor is required to file with this petition a list containing the names and addresses of the twenty largest unsecured creditors (i) excluding those who or which would not be entitled to vote at creditors meeting under 11 U.S.C. Section 702; (ii) such creditors who are employees of the debtor at the time of the filing of the petition of reorganization; and (iii) creditors who are "insiders" as that term is defined in Section 101(25) of the Bankruptcy Code. The list of the twenty largest unsecured creditors is annexed hereto.

8. None of the debtor's property is in the possession or custody of any custodian, public officer, mortgagee, pledgee, assignee of rents, or secured creditor, or agent for an such entity.

9. The Debtor's assets have been included on the Debtor's Schedule B - Personal Property, filed simultaneously herewith.

10. The debtor's assets and liabilities have been included on the debtor's Schedules which are being filed simultaneously herewith.

NYMD GREEN LAKE, LLC

Lincoln Graham, President

Sworn to before me this
30 day of August, 2022

Notary Public

HEATH S. BERGER
Notary Public, State of New York
No. 02BE5008879
Qualified in Suffolk County
Commission Expires March 1, 20 23