WRITTEN CONSENT
OF THE MAJORITY
MEMBERS OF NYMD GREENLAKE, LLC
IN LIEU OF
A MEETING OF THE MEMBERS

August 26, 2022

The undersigned, being a majority member of the Debtor, NYMD Greenlake, LLC (the "LLC"), hereby consent to the adoption of the following resolutions without the necessity of a meeting:

**RESOLVED,** that in the judgment of the Members, the LLC has determined it is in the best interests of the LLC, its creditors, employees and other interested parties, that the LLC file a petition for relief under the provisions of chapter 11, title 11, United States Code (the "Bankruptcy Code") for the purpose of reorganizing the LLCs financial affairs.

**RESOLVED,** that the President, Lincoln Graham be, and hereby is, authorized and directed on behalf of the LLC to (I) execute and verify a petition to commence a proceeding under Chapter 11 of title 11 of the United States Code, and (ii) cause the same to be filed in any district at such time and venue as the officer executing said petition on behalf of this LLC shall determine.

**RESOLVED,** that NYMD Greenlake, LLC be, and hereby is, authorized, directed and empowered to retain, under a general retainer, in the name of the LLC (I) the law firm of Berger,  Fischoff, Shumer, Wexler & Goodman, LLP as bankruptcy counsel and general counsel to render legal services to and represent the LLC in connection with the chapter 11 case of the LLC and other related matters in connection therewith upon such terms and conditions as such Authorized Members shall determine.

**RESOLVED,** that each of the Authorized Officers be, and hereby are, authorized and directed on behalf of the LLC to execute, verify and file or cause to be filed all petitions, schedules, motions, lists, applications, pleadings and other papers and, in connection therewith, to employ and retain all assistance by legal counsel, accountants or other professionals and to take any and all action which they deem necessary or proper in connection with any proceeding under the Bankruptcy Code, with a view to the successful prosecution thereof.

**RESOLVED,** that each of the Authorized Officers be, and hereby are, authorized and directed on behalf of the LLC to take any and all such further actions and to execute and deliver any and all such further instruments and documents and to pay all such expenses, as in his judgment shall be necessary or desirable to full carry out the intent and accomplish the purposes of the resolutions adopted herein.

**RESOLVED,** that all acts lawfully done or actions taken by any member of the LLC in connection with the reorganization of the LLC or any matter thereto, or by virtue of these resolutions are hereby in all respects ratified, confirmed and approved.

**RESOLVED,** each of the following named officer of the LLC, acting singly or jointly, is hereby authorized and directed, for and in the name of the LLC, on such terms and conditions as such Member may agree upon, to take any and all action, and to execute and deliver any and all documents necessary and proper to carry out the purpose and intent of these resolutions, including, without limitation, the execution of all documents herein referred to and execution of such other and further documents, applications and forms as shall be necessary and appropriate:

<u>Name</u>

Title

Lincoln Graham

President

This Written Consent of the majority member may be executed in two or more counterparts, all of which together shall be deeded to be one and the same instrument. Delivery by facsimile of a counterpart signature page hereto shall constitute execution and delivery of such counterpart of this Written Consent of the majority member.

IN WITNESS WHEREOF, the undersigned has duly executed this Written Consent of the majority member this _26_ day of August, 2022.

NYMD GREENLAKE, LLC

By: Lincoln Graham