# United States Bankruptcy Court
# Eastern District of New York

In re: NYMD GREEN LAKE, LLC

Case No. _____

Debtor.

Chapter  **11**

## STATEMENT OF CORPORATE OWNERSHIP

Comes now **NYMD GREEN LAKE, LLC**  (the "Debtor") and pursuant to Fed. R. Bankr. P. 1007(a) and 7007.1 state as follows:

All corporations that directly or indirectly own 10% or more of any class of the corporation's equity interests are listed below:

| | Owner | % of Shares Owned |
|---|---|---|
| 1. | Jesus Christ Tabernacle UPC Inc. | 13.70% |
| | New York Metro District UPCI | 59.60% |

OR,

_____ There are no entities to report.

By: _____
Heath S. Berger/Gary C. Fischoff
Signature of Attorney
Counsel for
Bar no.:
Address.:   Berger, Fischoff, Shumer, Wexler & Goodman, LLP
            6901 Jericho Turnpike, Suite 230, Syosset, New York 11791
Telephone No.:   (516) 747-1136
Fax No.:         (516) 747-0382
E-mail address: hberger@bfslawfirm.com/gfischoff@bfslawfirm.com