Berger, Fischoff, Shumer,
Wexler & Goodman, LLP
Attorneys for Debtor and
Debtor in Possession
6901 Jericho Turnpike, Suite 230
Syosset, New York 11891
Gary C. Fischoff, Esq.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------X

In Re:                                                        Case No: 22-42032
                                                              Chapter 11

NYMD GREEN LAKE, LLC                              **NOTICE OF MOTION**


                        Debtors.
------------------------------------------------------X

S I R S:

PLEASE TAKE NOTICE, that upon the annexed application of NYMD GREEN LAKE,

LLC by its attorneys Berger, Fischoff, Shumer, Wexler & Goodman, LLP will move before the

Honorable Elizabeth S. Stong, United States Bankruptcy Court, Eastern District of New York,

271-C Cadman Plaza East, Brooklyn, New York on the 9th day of November, 2023 at 10:30 a.m.,

or as soon as thereafter as counsel can be heard, for an order pursuant to 11 U.S.C. Sections 105,

363 and 365 and Bankruptcy Rules 2002 and 6004 authorizing and approving the sale of the

Debtor's real property located in Catskills, New York, free and clear of all liens, claims and

encumbrances, and such other and further relief as this Court deems just, proper and equitable.

PLEASE TAKE FURTHER NOTICE that effective March 14, 2022, all hearing

participants must register with eCourt Appearances two days in advance of all appearances.

Registration is required by both attorneys and non-attorneys. If you have a CM/ECF account, you

may access eCourt Appearances in the "Utilities" menu after logging into CM/ECF. If you do not

have a CM/ECF account, you ma access eCourt Appearances on the Court's website at: http://ecf/nyeb.uscourts/gov/cgi-bin/nyebAppearances.pl.

PLEASE TAKE FURTHER NOTICE those unable to access eCourt Appearances must email Judge Elizabeth S. Stong's Courtroom deputy at: ess_hearings@nyeb.uscourts.gov at least two (2) business days prior to the hearing.  Your email must include your name, the case number(s), who you represent (if you are an attorney), hearing date, and phone number.  Parties have the option to either dial in as an audio only participant using the provided Zoom dial-in number or connect by video using the provided video link.

PLEASE TAKE FURTHER NOTICE that opposing papers, if any, are required to be served at least seven (7) days prior to the return date of this motion.

Dated: Syosset, New York
       September 27, 2023

BERGER, FISCHOFF, SHUMER,
WEXLER & GOODMAN, LLP
Proposed Attorneys for Debtor
6901 Jericho Turnpike, Suite 230
Syosset, New York 11791

By:    _____
       Gary C. Fischoff