UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:

NYMD GREEN LAKE, LLC,

                         Debtor.
-----------------------------------------------------------x

Case No.: 22-42032
Chapter 11

**ORDER PURSUANT TO BANKRUPTCY CODE SECTIONS 105, 363 AND 365: (I) AUTHORIZING AND APPROVING THE SALE OF THE DEBTOR'S REAL PROPERTY CLEAR OF ALL LIENS, CLAIMS AND ENCUMBRANCES AND (II) AUTHORIZING THE RETENTION OF WIN MORRISON AS ITS REAL ESTATE BROKER**

Application having been made to this Court by the Debtor and Debtor in Possession, NYMD Green Lake, LLC by its attorneys, Berger, Fischoff, Shumer, Wexler & Goodman, LLP, by motion dated June 24, 2024 for an order in accordance with §§ 105, 363 and 365 of Title 11, United States Code (the "Bankruptcy Code"), Federal Rules of Bankruptcy Procedure 2002 and 6004 authorizing and approving the sale of the Debtor's interest in the real property located at 605-609 Greenlake Road, Catskill, New York, free and clear of all liens, claims and encumbrances, and pursuant to Section 328(a) of the Bankruptcy Code authorizing the Debtor to retain Win Morrison Realty as its real estate broker, and due notice of the Application having been given to all creditors of the Debtor and the United States Trustee, and the Application having come on to be regularly heard by the Court on July 25, 2024, and the Debtor having appeared in support of the motion, by its attorneys Berger, Fischoff, Shumer, Wexler & Goodman, LLP (Gary C. Fischoff, Esq. appearing), and the Office of the United States Trustee having appeared; and no opposition having been submitted, and after due deliberation and for cause, it is

ORDERED that ~~the application be and hereby is granted and~~ the Debtor is authorized to sell the real property located at 605-609 Greenlake Road, and it is further

**ORDERED** that the Real Property shall be sold free and clear of all Liens, with such Liens to attach to the net proceeds realized from the sale in the same order, priority and validity said Liens, if any, existed as of the Petition Date; and it is further

**ORDERED** that the Debtor is authorized to retain Win Morrison Realty as its real estate broker, and it is further

**ORDERED** that the real estate commission due to Win Morrison Real Estate shall be paid as follows: $31,000.00 at closing and the balance of $117,000.00 shall be paid from the proceeds of the satisfaction of the purchase money mortgage taken by the Debtor; and it is further

**ORDERED** that each and every federal, state and local government agency or department ~~is hereby directed to~~ *__may__* accept any and all documents necessary and appropriate to consummate the sale of the Real Property and a copy of this Order may be filed in any place where state, federal or local law permits filing or recording, including in the real property records where the Real Property is located; and it is further

**ORDERED** that the Debtor be and is hereby authorized to sign such documents as are reasonable and necessary to effectuate the terms of this Order and to pay the ordinary and customary fees and expenses, at closing including but not limited to mortgage payoff, real estate taxes, legal fees and title charges; and it is further

**ORDERED** that the Court ~~shall~~ *__may__* retain jurisdiction over this Order to determine any disputes that may arise hereunder.

Dated: Brooklyn, New York
August 22, 2024

_____
Elizabeth S. Stong
United States Bankruptcy Judge