Berger, Fischoff, Shumer,
Wexler & Goodman, LLP
Attorneys for Debtor and
Debtor in Possession
6901 Jericho Turnpike, Suite 230
Syosset, New York 11891
Gary C. Fischoff, Esq.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In Re:                                                                    Case No: 22-42032
                                                                                Chapter 11
NYMD GREEN LAKE, LLC
                                                                                **NOTICE OF MOTION**

                          Debtors.
-----------------------------------------------------------X

S I R S:

PLEASE TAKE NOTICE, that upon the annexed application of NYMD GREEN LAKE, LLC by its attorneys Berger, Fischoff, Shumer, Wexler & Goodman, LLP will move before the Honorable Elizabeth S. Stong, United States Bankruptcy Court, Eastern District of New York, 271-C Cadman Plaza East, Brooklyn, New York on the 14th day of November 2024 at 10:30 a.m., or as soon as thereafter as counsel can be heard, for an order pursuant to 11 U.S.C. Sections 105 and 1112(b)(1) a) authorizing the Debtor to pay all allowed unsecured claims in full and b) dismissing the case, and such other and further relief as this Court deems just, proper and equitable.

PLEASE TAKE FURTHER NOTICE that effective March 14, 2022, all hearing participants must register with eCourt Appearances two days in advance of all appearances. Registration is required by both attorneys and non-attorneys. If you have a CM/ECF account, you may access eCourt Appearances in the "Utilities" menu after logging into CM/ECF. If you do not have a CM/ECF account, you ma access eCourt Appearances on the Court's website at: http://ecf/nyeb.uscourts/gov/cgi-bin/nyebAppearances.pl.

PLEASE TAKE FURTHER NOTICE those unable to access eCourt Appearances must email Judge Elizabeth S. Stong's Courtroom deputy at: ess_hearings@nyeb.uscourts.gov at least two (2) business days prior to the hearing. Your email must include your name, the case number(s), who you represent (if you are an attorney), hearing date, and phone number. Parties have the option to either dial in as an audio only participant using the provided Zoom dial-in number or connect by video using the provided video link.

PLEASE TAKE FURTHER NOTICE that opposing papers, if any, are required to be served at least seven (7) days prior to the return date of this motion.

Dated: Syosset, New York
      October 5, 2024

                                      BERGER, FISCHOFF, SHUMER,
                                      WEXLER & GOODMAN, LLP
                                      Proposed Attorneys for Debtor
                                      6901 Jericho Turnpike, Suite 230
                                      Syosset, New York 11791

                                      By: _____
                                              Gary C. Fischoff