# EXHIBIT A

CLOSING STATEMENT

| | |
|---|---|
| Date: | September 4, 2024 |
| Sale of: | 605-609 Greenlake Road, Athens, New York 12414 |
| Seller: | NYMD Greenlake LLC |
| Purchasers: | Greenlake Resorts New York LLC |
| Purchasers Attorney: | Mekhtiyev Law Firm, P.C.<br>110 West 40th Street<br>New York, New York 10018 |
| Title Company: | Connect Title Agency LLC<br>215-15 Northern Boulevard, Suite 101<br>Bayside, New York 11361<br>CTA-1043G-2024 |
| Sale Price: | $3,700,000.00 |

Adjustments in favor of Seller:

| | |
|---|---|
| Real Estate Tax Lot 33 | $23,188.00 |
| Real Estate Tax Lot 30 | $2,122.00 |
| Buyer's fees for preparation of CEMA and 2nd Mortgage | $8,700.00 |
| Total Due Seller: | $3,734,010.00 |

Credits to Purchaser:

| | |
|---|---|
| Contract Deposit: | $140,000.00 |
| Due at Closing: | $3,594,010.00 |

The foregoing balance was paid as follows:

| | |
|---|---|
| Assumption of existing mortgage with CEMA with Greenlake Homestead | $2,107.000.00 |
| 2nd Mortgage | $793,000.00 |

| | |
|---|---|
| Bank check payable to Greenlake Homestead Inc. | $393,000.00 |
| Payable to Title Company on Seller's Behalf (includes past due real estate taxes) | $233,547.40 |
| Win Morrison Realty on behalf of Seller (Real Estate Broker) | $31,000.00 |
| Berger, Fischoff, Shumer, Wexler & Goodman, LLP (Wire in) | $27,724.60 |

Escrow Reconciliation:

| | |
|---|---|
| Deposit | $140,000.00 |
| Berger, Fischoff, Shumer, Wexler & Goodman (Combined legal fees of Seller for Closing & other matters) | $58,371.50 |
| Chapter 11 Claims-Hold | $35,000.00 |
| Title Closer | $500.00 |
| United States Trustee-Reserved | $6,500.00 |
| Buyers Cost for preparation of CEMA and 2nd mortgage documents | $8,700.00 |
| Chapter 11 Reserves | $35,000.00 |

The following documents are attached:

a) Title Insurance Policy
b) Environmental Indemnity Agreement
c) Security Agreement
d) New York Consolidated Balloon Note
e) Personal Guaranty
f) New York Balloon Note
g) Mortgage
h) Assignment of Leases and Rents
i) Errors and Omissions Agreement
j) UCC Financing Statement (Greenlake Homestead, Inc.)
k) UCC Financing Statement (NYMD Green Lake LLC)
l) New York Consolidated Balloon Note
m) Consolidation, Extension and Modification Agreement
n) New York Balloon Gap Note