# EXHIBIT B

| Filed Claims | Claim No. | Amount |
|---|---|---|
| NYS Dept. of Taxation & Finance | 1 | $172.94 |
| NYS Dept. of Taxation & Finance | 2.3 | $3,544.38 |
| Internal Revenue Service | 3 | $3,486.39 |
| Greenlake Homestead | 4 | Paid at closing |
| Subtotal | | $7,203.71 |

| Scheduled But no claim Filed | | |
|---|---|---|
| Amerigas Propane, LP I.C. Systems | | $1,872.60 |
| Central Hudson | | $1,447.53 |
| Central Hudson | | $696.25 |
| Central Hudson | | $11,635.16 |
| Central Hudson | | $4,166.67 |
| Central Hudson | | $1,813.12 |
| Dept. of Environmental Conservation | | $966.61 |
| Kaaterskill Associates | | $1,625.40 |
| Main-Care | | $1,129.56 |
| Mid-Hudson Cable | | $1,741.85 |
| Subtotal | | $27,244.00 |
| **Total** | | **$34,247.71** |